Andrew P. Marks (AM-0361)
LITTLER MENDELSON, P.C.
885 Third Avenue
New York, New York 10022-4834
(212) 583-9600

Attorneys for Plaintiff
Fidelity National Information Services, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIDELITY NATIONAL INFORMATION SERVICES, INC.,

                 Plaintiff,

              -against-

SETH N. ROTHMAN,

                 Defendant.

Case No.

**RULE 7.1 STATEMENT**

---

        Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff Fidelity National Information Services, Inc. certifies that plaintiff is a publicly traded company.

                        LITTLER MENDELSON,
                        A Professional Corporation

                    By: _____
                         Andrew P. Marks, Esq. (AM-0361)
                         Attorneys for Plaintiff
                         885 Third Avenue, 16th Floor
                         New York, New York 10022
                         212-583-9600

Dated:  New York, New York
       August 31, 2007