```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------

FIDELITY NAT'L INFORMATION SERVICES,

                Plaintiff,        07 Civ. 7756 (JGK)

      - against -            ORDER

SETH N. ROTHMAN,

                Defendant.
-----------------------------------

JOHN G. KOELTL, District Judge:

For the same reasons that the original Temporary Restraining Order was warranted, the Court **extends** the Temporary Restraining Order until **September 28, 2007**. A hearing on the Preliminary Injunction will occur on **September 28, 2007** at **9:30 a.m.** All papers in connection with the Preliminary Injunction should be submitted by **September 24, 2007** at **10:00 a.m.**

SO ORDERED.

Dated:    New York, New York
           September 14, 2007

                                              John G. Koeltl
                                      United States District Judge