UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIDELITY NAT'L INFORMATION SERVICES,

          Plaintiff,

- against -

SETH N. ROTHMAN,

          Defendant.

07 Civ. 7756 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court **extends** the Temporary Restraining Order until October 19, 2007 on consent.

SO ORDERED.

Dated:   New York, New York
        October 12, 2007

_____
John G. Koeltl
United States District Judge